## DRAKE v. STATE.

(Court of Criminal Appeals of Texas. Feb. 22, 1911.)

CRIMINAL LAW (§ 1076*)—APPEAL—RECOGNIZANCE—SUFFICIENCY.

A recognizance on appeal, which does not charge that accused was convicted of a misde-

---

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key No. Series & Rep'r Indexes

meanor, nor use language stating any offense, nor showing the punishment assessed, is insufficient, and the appeal must be dismissed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2708–2716; Dec. Dig. § 1076.*]

Appeal from Ellis County Court; J. T. Spencer, Judge.

Will Drake was convicted of crime, and he appeals. Dismissed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. The Assistant Attorney General has filed a motion to dismiss the appeal, because the recognizance does not charge that appellant was convicted of a misdemeanor, and does not use language that would state any offense against the laws of the state, neither does it show the punishment assessed against him.

The motion is sustained, and the cause dismissed.